UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cr-80026-AMC

UNITED STATES OF AMERICA

vs.

EMILIO SANTIAGO,

        **Defendant.**
_____/

## NOTICE OF FILING CERTIFIED CONVICTIONS

Pursuant to the Court's paperless order in docket entry 151, the government files this notice of filing the attached certified criminal convictions that form the basis of the proposed career offender designation in the Pre-Sentence Investigation Report. The undersigned has redacted the date of birth in these documents for filing on ECF.

                                    JUAN ANTONIO GONZALEZ
                                    ACTING UNITED STATES ATTORNEY

         By:   *Marton Gyires*
                MARTON GYIRES
                ASSISTANT UNITED STATES ATTORNEY