95 4050

IN THE CRIMINAL DIVISION OF THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA,
IN AND FOR PALM BEACH COUNTY

CASE NO. 02-13898 CF A02   DIV. V

OBTS NUMBER _____

STATE OF FLORIDA                    [ ] COMMUNITY CONTROL VIOLATOR

v. Emilio Jose Santiago

_Emilio Santiago_                   [ ] PROBATION VIOLATOR
DEFENDANT

_____  W  M
DATE OF BIRTH   RACE   GENDER

# JUDGMENT

The above Defendant, being personally before this Court represented by  S. McQueen  (attorney)

| [ ] Having been tried and found guilty of the following crime(s): | [X] Having entered a plea of guilty to the following crime(s): | [ ] Having entered a plea of nolo contendere to the following crime(s): |

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE |
|---|---|---|---|
| 1 | Sale of Cocaine | 893.13(1)(a)1 | 2°F |

[X] and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

[ ] and having been convicted or found guilty of, or having entered a plea of nolo contendere or guilty, regardless of adjudication, to attempts or offenses relating to sexual battery (ch. 794), lewd and lascivious conduct (ch. 800), or murder (s. 782.04), aggravated battery (s. 784.045), burglary (s. 810.02), carjacking (s. 812.133), or home invasion robbery (s. 812.135), or any other offense specified in s. 943.325, the defendant shall be required to submit blood specimens.

[ ] and good cause being shown: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

SENTENCE STAYED   [ ] The Court hereby stays and withholds imposition of sentence as to count(s) _____ and places the Defendant on _____
[ ] Probation and/or [ ] Community Control under the supervision of the Dept. of Corrections (conditions of probation set forth in separate order).

SENTENCE DEFERRED   [ ] The Court hereby defers imposition of sentence until _____

The Defendant in Open Court was advised of his right to appeal from the Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

DONE AND ORDERED in Open Court at Palm Beach County, Florida, this 20 day of June, 2003.

FILED JUN 20 2003
DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURT (CRIM. DIV.)

06/30/2003 08:46:50 20030382871
OR BK 15449 PG 0847
Palm Beach County, Florida
Dorothy H. Wilken, Clerk

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

# SENTENCE

(As to Count(s) _____/_____ )

Defendant __Emilio Jose Santiago__

Case Number __02-13898 CF A02__

OBTS Number _____

The Defendant, being personally before this Court, accompanied by the defendant's attorney of record, __Ø Stephanie McQueen PD__, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why defendant should not be sentenced as provided by law, and no cause being shown,

IT IS THE SENTENCE OF THE COURT that:

The Defendant pay a fine of $_____ pursuant to § _____, Florida Statutes, plus all costs and additional charges as outlined in the Order assessing additional charges, costs and fines as set forth in a separate order entered herein

The Defendant is hereby committed to the custody of the
- [X] Department of Corrections
- [ ] Sheriff of Palm Beach County, Florida
- [ ] Department of Corrections as a youthful offender

for a term of __4 years__. It is further ordered that the Defendant shall be allowed a total of __208__ days as credit for time incarcerated prior to imposition of this sentence. It is further ordered that the composite term of all sentences imposed for the counts specified in the order shall run
- [ ] consecutive to [X] concurrent with (check one) the following:
- [X] Any active sentence being served.
- [X] Specific sentences: 02-13897CF A02, 01-6895CF A02, 02-13900CF A02, 01-11869CF B02

In the event the above sentence is to the Department of Corrections, the Sheriff of Palm Beach County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of the Judgment and Sentence, and any other documents specified by Florida Statute. Additionally, pursuant to §947.16(4), Florida Statutes, the Court retains jurisdiction over the Defendant.

[ ] Pursuant to §§322.055, 322.056, 322.26, 322.274, Fla. Stat., the Department of Highway Safety and Motor Vehicles is directed to revoke the Defendant's privilege to drive. The Clerk of the Court is Ordered to report the conviction and revocation to the Department of Highway Safety and Motor Vehicles.

The defendant in Open Court was advised of the right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of the Court. The Defendant was also advised of the right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

DONE AND ORDERED in Open Court at West Palm Beach, Palm Beach County, Florida this __20__ day of __June__, 200_3_.

CIRCUIT COURT JUDGE

Form Circuit 5 (rev 8/2000)

STATE OF FLORIDA, PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law.
THIS 14 DAY OF Oct, 20 21
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By: _____ Deputy Clerk

FILED
JUN 20 2003
DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURT
(CRIMINAL)