IN THE CRIMINAL DIVISION OF THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA,
IN AND FOR PALM BEACH COUNTY

CASE NO. 01-006895CF A02 DIV. V

OBTS NUMBER _____

STATE OF FLORIDA

[ ] COMMUNITY CONTROL VIOLATOR

01/07/2002  12:16:28  20020007866
OR BK 13281 PG 0494
Palm Beach County, Florida
Dorothy H. Wilken, Clerk

v.

Emilio J. Santiago aka Ralphie

DEFENDANT

[ ] PROBATION VIOLATOR

DATE OF BIRTH ____  RACE W  GENDER M  SOCIAL SECURITY NUMBER ████

## JUDGMENT

The above Defendant, being personally before this Court represented by Mr. Preefer, Esquire (attorney)

| [ ] | Having been tried and found guilty of the following crime(s): | [X] | Having entered a plea of guilty to the following crime(s): | [ ] | Having entered a plea of nolo contendere to the following crime(s): |

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE |
|---|---|---|---|
| 1 | Sale of Cocaine within 1000 feet of place of worship | 893.13(1)(e)(1) | 1° F |
| 2 | Sale of Cocaine | 893.13(1)(a) 1 | 2° F |
| 3 | Possession of Cocaine | 893.13(c)(a) | 3° F |

[X] and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

[ ] and having been convicted or found guilty of, or having entered a plea of nolo contendere or guilty, regardless of adjudication, to attempts or offenses relating to sexual battery (ch. 794), lewd and lascivious conduct (ch. 800), or murder (s. 782.04), aggravated battery (s. 784.045), burglary (s. 810.02), carjacking (s. 812.133), or home invasion robbery (s. 812.135), or any other offense FILED section 943.325, the defendant shall be required to submit blood specimens.

[ ] and good cause being shown: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD DEC 26 2001

SENTENCE STAYED
[X] The Court hereby stays and withholds imposition of sentence as to count(s) and places the Defendant, CLERK
[X] Probation and/or [ ] Community Control under the supervision of the Dept. of Corrections (DOC) for a period of ___ probation set forth in separate order).

SENTENCE DEFERRED
[ ] The Court hereby defers imposition of sentence until _____.

The Defendant in Open Court was advised of his right to appeal from the Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

DONE AND ORDERED in Open Court at Palm Beach County, Florida, this 26 day of Dec, 2001.

_____
CIRCUIT COURT JUDGE

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

# SENTENCE

## (As to Count(s) 1, 2 +3 )

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law.
THIS 13 DAY OF October, 2021
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By: _____ Deputy Clerk

Defendant  Emilio Jose Santiago

Case Number  01-6895 CF A02 (VoP)

OBTS Number _____

The Defendant, being personally before this Court, accompanied by the defendant's attorney of record, Stephanie McQueen, PD, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why defendant should not be sentenced as provided by law, and no cause being shown,

    IT IS THE SENTENCE OF THE COURT that:

The Defendant pay a fine of $_____ pursuant to § _____, Florida Statutes, plus all costs and additional charges as outlined in the Order assessing additional charges, costs and fines as set forth in a separate order entered herein

The Defendant is hereby committed to the custody of the
   [X] Department of Corrections
   [ ] Sheriff of Palm Beach County, Florida
   [ ] Department of Corrections as a youthful offender

FILE
JUN 20 2003
DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURT
(CRIM. DIV.)

for a term of __4 years__. It is further ordered that the Defendant shall be allowed a total of __208__ days as credit for time incarcerated prior to imposition of this sentence. It is further ordered that the composite term of all sentences imposed for the counts specified in the order shall run
   [ ] consecutive to  [X] concurrent with (check one) the following:
   [X]  Any active sentence being served.
   [X]  Specific sentences: 01-11869CF B02, 02-13900 CF A02, 02-13898CF A02, 02-13897CF A02

In the event the above sentence is to the Department of Corrections, the Sheriff of Palm Beach County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of the Judgment and Sentence, and any other documents specified by Florida Statute. Additionally, pursuant to §947.16(4), Florida Statutes, the Court retains jurisdiction over the Defendant.

[ ]   Pursuant to §§322.055, 322.056, 322.26, 322.274, Fla. Stat., the Department of Highway Safety and Motor Vehicles is directed to revoke the Defendant's privilege to drive. The Clerk of the Court is Ordered to report the conviction and revocation to the Department of Highway Safety and Motor Vehicles.

The defendant in Open Court was advised of the right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of the Court. The Defendant was also advised of the right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

DONE AND ORDERED in Open Court at West Palm Beach, Palm Beach County, Florida this __20__ day of __June__, 2003.

_____
CIRCUIT COURT JUDGE

Form Circuit 5 (rev 8/2000)

Page 1 of 1

Page 1 of 2

## PLEA IN THE CIRCUIT COURT
## THE FOLLOWING IS TO REFLECT ALL TERMS OF THE NEGOTIATED SETTLEMENT

Name: Emilio Jose Santiago
Plea: Guilty ✓  Guilty/Best Interest ___  Nolo Contendere ___

| Case No. | Charge | Count | Lesser | Degree |
|---|---|---|---|---|
| 01- ~~00~~ 6995CF A02 | Sale Cocaine w/in 1,000 ft. Church (VOP) | 1 | — | 1°F |
| Count 2 | Sale Cocaine (VOP) | 2 | — | 2°F |
|  | Poss Cocaine (VOP) | 3 | — | 3°F |
| 01-11869CF B02 | Poss Cocaine Intent Sell (VOP) | 1 | — | 2°F |

State to Nolle Prosse the following at sentencing: _____
**PSI**: Waived/Not Required ___ Required/Requested ___
**ADJUDICATION**:   Adjudicate [ ]   Withhold [ ]   Court's Discretion [ ]

If the Defendant is convicted of possession, sale, trafficking or conspiracy to possess, sell or traffic in any controlled substance, the Court directs the Department of Motor Vehicles and Highway Safety to revoke the Defendant's driver's license for two (2) years. If the Defendant is convicted of grand theft of a motor vehicle; theft of motor vehicle parts; or, any felony in the commission of which a motor vehicle was used, the Court directs the Department of Motor Vehicles and Highway Safety to revoke the Defendant's driver's license as mandated by law. The Clerk is directed to make the proper notifications.

**SENTENCE**:
$ _____ Fine   $ 311 x 3   Court Costs   $ 50 x 3   Drug Trust Fund
$ 50 x 3 Cost of Prosecution     $ 190 x 3   Public Defender Fees/Costs
Incarceration: ____ Days ____ Months  4  Years  Concurrent
with credit for time served; which is  208  days.
Revoke + Terminate Probation Unsuccessfully

**PROBATION**: _____ Months / Years - Drug Offender if checked [ ]
ALL CONDITIONS OF PROBATION MUST BE SUCCESSFULLY COMPLETED NO LESS THAN 30 DAYS BEFORE PROBATION IS SCHEDULED TO TERMINATE UNLESS STATED BELOW.
STANDARD CONDITIONS OF PROBATION HAVE BEEN EXPLAINED BY DEFENSE COUNSEL.
**SPECIAL CONDITIONS OF PROBATION**:
A) Restitution as per the accompanying order. [ ] (check if ordered)
B) Fine: $_____  Court Costs: $_____  Drug Trust Fund: $_____
   Cost of Prosecution $_____  Public Defender Fees/Costs $_____
C) Substance abuse evaluation and successful completion of recommended treatment [ ] (check if ordered) (enroll within 30 days) If in custody, release only to _____.
D) Random Drug Testing at Defendant's expense [ ] (check if ordered)
E) ____ hours of community service at a rate of no less than ____ hours per month
F) Incarceration: ____ Days ____ Months ____ Year
   with credit for time served; which is ____ days.
**OTHER COMMENTS OR CONDITIONS**: _____

FILED JUN 20 2003
DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURT
(CRIM. DIV.)

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law.
THIS 13 DAY OF October, 2021
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By: _____ Deputy Clerk

SENTENCING IS DEFERRED UNTIL _____ COURT ROOM ____
THE DEFENDANT UNDERSTANDS IF S/HE FAILS TO APPEAR OR IS ARRESTED ON NEW CHARGES, A CAPIAS WILL BE ISSUED AND THE COURT WILL IMPOSE ANY LAWFUL SENTENCE.

_____          _____
Assistant State Attorney          Attorney for the Defendant
6/20/03                           Emilio Santiago
_____          _____
Date of Plea                      Defendant
Form Circuit 2 (rev 8/2000)

## PLEA IN THE CIRCUIT COURT
### THE FOLLOWING IS TO REFLECT ALL TERMS OF THE NEGOTIATED SETTLEMENT

Name: **Emilio Santiago AKA Ralphie Santiago**
Plea: Guilty **X**   Guilty/Best Interest ___   Nolo Contendere ___

| Case No. | Charge | Count | Lesser | Degree |
|---|---|---|---|---|
| 01-008895CFA02 | Sale of Cocaine within 1000 feet of place of worship | 1 | no | 1°F |

**FILED**
DEC 26 2001
DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURTS
(CRIM DIV.)

State to Nolle Prosse the following at sentencing: _____
**PSI:** Waived/Not Required ___ **X** Required/Requested ___
**ADJUDICATION:**   Adjudicate [X]   Withhold [ ]   Court's Discretion [ ]

If the Defendant is convicted of possession, sale, trafficking or conspiracy to possess, sell or traffic in any controlled substance, the Court directs the Department of Motor Vehicles and Highway Safety to revoke the Defendant's driver's license for two (2) years. If the Defendant is convicted of grand theft of a motor vehicle; theft of motor vehicle parts; or, any felony in the commission of which a motor vehicle was used, the Court directs the Department of Motor Vehicles and Highway Safety to revoke the Defendant's driver's license as mandated by law. The Clerk is directed to make the proper notifications.

**SENTENCE:**
$_____ Fine   $_____ Court Costs   $_____ Drug Trust Fund
$_____ Cost of Prosecution   $_____ Public Defender Fees/Costs
Incarceration: _____ Days _____ Months _____ Years
with credit for time served; which is ~~380~~ days.

**PROBATION:** **3** Months / **Years** — Drug Offender if checked [ ]   *Concurrent*
ALL CONDITIONS OF PROBATION MUST BE SUCCESSFULLY COMPLETED NO LESS THAN 30 DAYS BEFORE PROBATION IS SCHEDULED TO TERMINATE UNLESS STATED BELOW.
STANDARD CONDITIONS OF PROBATION HAVE BEEN EXPLAINED BY DEFENSE COUNSEL.
**SPECIAL CONDITIONS OF PROBATION:**
A)  Restitution as per the accompanying order. [ ] (check if ordered)
B)  Fine: $_____   Court Costs: $ **311 x 2**   Drug Trust Fund: $ **50 x 2**
    Cost of Prosecution $ **50 x 2**   Public Defender Fees/Costs $_____
C)  Substance abuse evaluation and successful completion of recommended treatment [X] (check if ordered) (enroll within 30 days) If in custody, release only to _____
D)  Random Drug Testing at Defendant's expense [X] (check if ordered)
E)  _____ hours of community service at a rate of no less than _____ hours per month
F)  Incarceration: _____ Days _____ Months **1** Year
    with credit for time served; which is **0** days.

**OTHER COMMENTS OR CONDITIONS:** ~~Incarceration to begin within 30 days.~~

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law.
THIS **13** DAY OF **October**, 20**21**
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By: _____ Deputy Clerk

SENTENCING IS DEFERRED UNTIL _____ IN COURT ROOM _____
THE DEFENDANT UNDERSTANDS IF S/HE FAILS TO APPEAR OR IS ARRESTED ON NEW CHARGES, A CAPIAS WILL BE ISSUED AND THE COURT WILL IMPOSE ANY LAWFUL SENTENCE.

**plea to Court**
Assistant State Attorney

12/26/01
Date of Plea

Attorney for the Defendant

*Emilio Santiago*
Defendant

Form Circuit 2 (rev 8/2000)

## PLEA IN THE CIRCUIT COURT
### THE FOLLOWING IS TO REFLECT ALL TERMS OF THE NEGOTIATED SETTLEMENT

Name: Emilio Santiago AKA Ralphie Santiago

Plea: Guilty  X   Guilty/Best Interest ___   Nolo Contendere ___

| Case No. | Charge | Count | Lesser | Degree |
|---|---|---|---|---|
| 01-006895 CFA02 | Sale of Cocaine | 2 | no | 2°F |
|  | possession of cocaine | 3 | no | 3°F |
| 01-011869 CF A02 | possession of cocaine with intent to sell | 1 | no | 2°F |

State to Nolle Prosse the following at sentencing: _____

**PSI**: Waived/Not Required ___  X  Required/Requested ___

**ADJUDICATION**:   Adjudicate [X]   Withhold [ ]   Court's Discretion [ ]

If the Defendant is convicted of possession, sale, trafficking or conspiracy to possess, sell or traffic in any controlled substance, the Court directs the Department of Motor Vehicles and Highway Safety to revoke the Defendant's driver's license for two (2) years. If the Defendant is convicted of grand theft of a motor vehicle; theft of motor vehicle parts; or, any felony in the commission of which a motor vehicle was used, the Court directs the Department of Motor Vehicles and Highway Safety to revoke the Defendant's driver's license as mandated by law. The Clerk is directed to make the proper notifications.

**SENTENCE**:

$ _____ Fine   $ _____ Court Costs   $ _____ Drug Trust Fund

$ _____ Cost of Prosecution   $ _____ Public Defender Fees/Costs

Incarceration: _____ Days _____ Months _____ Years

with credit for time served; which is ~~500~~ days.

FILED DEC 2 6 2001
DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURTS
(CRIM. DIV.)

**PROBATION**: 3 Months / (Years) - Concurrent - Drug Offender if checked [ ]

ALL CONDITIONS OF PROBATION MUST BE SUCCESSFULLY COMPLETED NO LESS THAN 30 DAYS BEFORE PROBATION IS SCHEDULED TO TERMINATE UNLESS STATED BELOW.

STANDARD CONDITIONS OF PROBATION HAVE BEEN EXPLAINED BY DEFENSE COUNSEL.

**SPECIAL CONDITIONS OF PROBATION**:

A) Restitution as per the accompanying order. [ ] (check if ordered)
B) Fine: $ _____   Court Costs: $ 311 x2   Drug Trust Fund: $ 50 x2
   Cost of Prosecution $ 50 x2   Public Defender Fees/Costs $ _____
C) Substance abuse evaluation and successful completion of recommended treatment [X] (check if ordered) (enroll within 30 days) If in custody, release only to _____.
D) Random Drug Testing at Defendant's expense [X] (check if ordered)
E) _____ hours of community service at a rate of no less than _____ hours per month
F) Incarceration: _____ Days _____ Months  1 Year
   with credit for time served; which is ~~50~~ ~~$~~ 0 days.

**OTHER COMMENTS OR CONDITIONS**: ~~treatment to begin within 30 days~~

SENTENCING IS DEFERRED UNTIL _____ IN COURT ROOM _____

THE DEFENDANT UNDERSTANDS IF S/HE FAILS TO APPEAR OR IS ARRESTED ON NEW CHARGES A CAPIAS WILL BE ISSUED AND THE COURT WILL IMPOSE ANY LAWFUL SENTENCE.

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law.
THIS 13 DAY OF October, 2021
JOSEPH ABRUZZO
CLERK OF THE CIRCUIT COURT & COMPTROLLER
By: _____ Deputy Clerk

_plea to court_
Assistant State Attorney

_____
Attorney for the Defendant

12/26/01
Date of Plea

_Emilio Santiago_
Defendant

Form Circuit 2 (rev 9/2000)