"United States Southern District Court"

United States Southern District

vs

Emilio Santiago # 73790-004

FILED BY ___PG___ D.C.

JAN 04 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

I am requesting my docket sheet for case # 9:21CR80026-AMC(S) please...

Thank you for your time & help!!

Emilio Santiago # 73790-004
Edgefield Federal Correctional Institution
P.O. Box 725
Edgefield SC 29824

EMILIO SANT'IAGO #73790-004
EDGEFIELD FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 725
EDGEFIELD SC 29824

AUGUSTA GA 308
28 DEC 2021 PM 1 T

UNITED STATES SOUTHERN DISTRICT COURT
400 North Miami AVE 8th FL.
MIAMI FL. 33128

:: LEGAL MAIL ...

33128$1801

JAN 04 2022
9:01 AM

USMS INSPECTED

LEGAL RECEIVED