BER,REF_EVENTS ONLY (NEFs)

# U.S. District Court
## Southern District of Florida (West Palm Beach)
### CRIMINAL DOCKET FOR CASE #: 9:21-cr-80026-AMC-5
*Internal Use Only*

Case title: USA v. Hendijani et al

Magistrate judge case number: 9:21-mj-08034-WM

Date Filed: 02/18/2021

Date Terminated: 10/22/2021

---

Assigned to: Judge Aileen M. Cannon
Referred to: Magistrate Judge Bruce E. Reinhart

**Defendant (5)**

| | |
|---|---|
| **Emilio Santiago** *English; YOB: 1982* *TERMINATED: 10/22/2021* | represented by **Emilio Santiago** 73790-004 Edgefield Federal Correctional Institution Inmate Mail/Parcels Post Office Box 725 Edgefield, SC 29824 PRO SE <br><br> **James Alan Swetz** James A. Swetz, Esq. 2312 Wilton Dr. Suite 23 Wilton Manors, FL 33305 954-595-0943 Fax: 570-421-5720 Email: jaswetz@jaswetzlaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: CJA Appointment* <br><br> **I. Scott Skier** THE SKIER LAW FIRM, P.A. 625 N. FLAGLER DRIVE SUITE 675 WEST PALM BEACH, FL 33401 561-820-1508 Fax: 561-828-0117 Email: scott@skierlawfirm.com *ATTORNEY TO BE NOTICED* *Designation: Retained* |

**Pending Counts**

CONSPIRACY DISTRIBUTE CONTRL SUBST
(1)

**Disposition**

Imprisonment 240 months shall run concurrent with undischarged term of Imprisonment in 10-CR-80098 (S.D.Fla.); Supervised Release 60 months;

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| CONTROLLED SUBST SELL/DISTR/DISPENSE (3) | Dismissed |
| CONTROLLED SUBST SELL/DISTR/DISPENSE (5) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:846=CD.F | |

**Plaintiff**

| **USA** | represented by | **Marton Gyires** US Attorney's Office 500 South Australian Avenue 4th Floor West Palm Beach, FL 33401 561–209–1047 Fax: 561–820–8777 Email: marton.gyires@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* **William T. Zloch** United States Attorney's Office 500 South Australian Avenue Suite 400 West Palm Beach, FL 33401 561–820–8711 Fax: 820–8777 Email: William.Zloch@usdoj.gov *ATTORNEY TO BE NOTICED* *Designation: Retained* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2022 | 215 | REQUEST for Docket Sheet by Emilio Santiago (ls) (Entered: 01/04/2022) |
| 10/25/2021 | 176 | NOTICE *ON FORFEITURE* by USA as to Emilio Santiago (Zloch, William) (Entered: 10/25/2021) |
| 10/22/2021 | 174 | JUDGMENT as to Emilio Santiago (5), Count(s) 1, Imprisonment 240 months shall run concurrent with undischarged term of Imprisonment in 10–CR–80098 (S.D.Fla.); Supervised Release 60 months; Count(s) 3, 5, Dismissed; Assessment: $100.00. Closing Case for Defendant. Signed by Judge Aileen M. Cannon on 10/22/2021. *See attached document for full details.* (ls) (Entered: 10/25/2021) |
| 10/22/2021 | 173 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Sentencing held on 10/22/2021 as to Emilio Santiago. Sentenced to 240 months imprisonment as to Count One of the Indictment (to run concurrent with 10–CR–80098), to be followed by five (5) years supervised release, special conditions imposed (see Judgment), special assessment, $100.00. Defendant advised of right to appeal. Total time in court: 30 minutes. Attorney Appearance(s): Marton Gyires, James Alan Swetz, USPO Frances Weisberg. Court Reporter: Diane Miller, 772–467–2337 / Diane_Miller@flsd.uscourts.gov. (tgs) (Entered: 10/22/2021) |

| | | |
|---|---|---|
| 10/19/2021 | 167 | SENTENCING MEMORANDUM by Emilio Santiago (Swetz, James) (Entered: 10/19/2021) |
| 10/15/2021 | 165 | FINAL Addendum 1 Disclosure of Presentence Investigation Report of Emilio Santiago. This is a limited access document. Report access provided to attorneys Marton Gyires, William T. Zloch, James Alan Swetz by USPO (Attachments: # 1 Addendum)(sys) (Entered: 10/15/2021) |
| 10/15/2021 | 163 | NOTICE *of filing certified convictions* by USA as to Emilio Santiago re 151 Order, (Attachments: # 1 Exhibit case number 2002–CF–13898, # 2 Exhibit case number 2001–CF–6895, # 3 Exhibit case number 10–CR–80098) (Gyires, Marton) (Entered: 10/15/2021) |
| 10/06/2021 | 153 | OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT by Emilio Santiago *re: Amended Objections and Motion for Variance* (Swetz, James) (Entered: 10/06/2021) |
| 10/01/2021 | 151 | PAPERLESS ORDER: At least 7 days before sentencing, the Government is ordered to file a Notice of Filing containing certified and complete copies of all of the criminal convictions that form the basis of the proposed career offender designation in the Pre–Sentence Investigation Report. Signed by Judge Aileen M. Cannon on 10/1/2021. (tgs) (Entered: 10/01/2021) |
| 10/01/2021 | 150 | OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT by Emilio Santiago *with Motion for Downward Variance* (Swetz, James) (Entered: 10/01/2021) |
| 09/17/2021 | 136 | DRAFT Disclosure of Presentence Investigation Report of Emilio Santiago. This is a limited access document. Report access provided to attorneys Marton Gyires, William T. Zloch, James Alan Swetz by USPO (Attachments: # 1 Position of Parties)(gmz) (Entered: 09/17/2021) |
| 09/01/2021 | 131 | ORDER ADOPTING REPORT AND RECOMMENDATION as to Emilio Santiago for 110 Report and Recommendations on Guilty Plea as to Count 1 of the Indictment. Signed by Judge Aileen M. Cannon on 9/1/2021. *See attached document for full details.* (scn) (Entered: 09/01/2021) |
| 08/10/2021 | 110 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Emilio Santiago. Objections to R&R due by 8/24/2021 Signed by Magistrate Judge Bruce E. Reinhart on 8/9/2021. *See attached document for full details.* (tmn) (Entered: 08/10/2021) |
| 08/09/2021 | 109 | NOTICE OF SENTENCING HEARING as to Emilio Santiago. Sentencing set for 10/22/2021 03:30 PM in Fort Pierce Division before Judge Aileen M. Cannon. This is an in–person hearing. Prior to your courthouse visit, please click here to view our COVID–19 Rules and Procedures. (tgs) (Entered: 08/09/2021) |
| 08/09/2021 | 107 | Notice of Presentence Investigation Assignment of Emilio Santiago to US Probation Officer Frances Wesiberg in the West Palm Beach U.S. Probation Office and he/she can be contacted at 561–804–6899 or Frances_Weisberg@flsp.uscourts.gov. (sys) (Entered: 08/09/2021) |
| 08/06/2021 | 105 | PLEA AGREEMENT/FACTUAL PROFFER STATEMENT as to Emilio Santiago (tmn) (Entered: 08/07/2021) |
| 08/06/2021 | 104 | PAPERLESS Minute Entry for proceedings held by Zoom video conference before Magistrate Judge Bruce E. Reinhart: Change of Plea Hearing as to Emilio Santiago held on 8/6/2021. Emilio Santiago (5) Guilty Count 1. Defendant remanded into USM custody. R&R to follow. Total time in court: 35 minutes. Attorney Appearance(s): Marton Gyires, James Alan Swetz Court Reporter: Ilona Lupowitz, 305–523–5634 / Ilona_lupowitz@flsd.uscourts.gov. (tmn) (Entered: 08/07/2021) |
| 08/06/2021 | | Terminate Deadlines and Hearings as to Emilio Santiago. (tgs) (Entered: 08/06/2021) |
| 07/20/2021 | 91 | PAPERLESS NOTICE OF HEARING as to Emilio Santiago Change of Plea Hearing set for 8/6/2021 01:00 PM in West Palm Beach Division before Magistrate Judge Bruce E. Reinhart. Hearing to be held by Zoom. The Court will provide the parties with a Zoom link in advance of the hearing. (tmn) (Entered: 07/20/2021) |
| 07/14/2021 | 90 | PAPERLESS ORDER OF REFERRAL TO MAGISTRATE JUDGE as to Emilio Santiago. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this matter is hereby referred to United States Magistrate |

| | | |
|---|---|---|
| | | Judge Bruce Reinhart for Change of Plea Hearing to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding the Change of Plea by Defendant, Emilio Santiago. Please note the calendar call and jury trial are cancelled for this defendant. Signed by Judge Aileen M. Cannon on 7/14/2021. (tgs) (Entered: 07/14/2021) |
| 04/22/2021 | 71 | ORDER TO CONTINUE – Ends of Justice as to Alireza Hendijani, Tyler Roman, Emilio Santiago, Joshua Grauer and Manuel Topete. Time excluded from 4/22/2021 until 8/16/2021. Dispositive Motions due by 5/10/2021. In Limine Motions due by 5/10/2021. Motions due by 5/10/2021. Calendar Call set for 8/10/2021 1:45 PM in Fort Pierce Division before Judge Aileen M. Cannon. Jury Trial set for 8/16/2021 in Fort Pierce Division before Judge Aileen M. Cannon. Signed by Judge Aileen M. Cannon on 4/22/2021. *See attached document for full details.* (scn) (Entered: 04/22/2021) |
| 04/13/2021 | 70 | ORDER granting 68 Motion for Extension of Time For the Filing of Pretrial Motions as to Emilio Santiago (5). The deadline to file pretrial motions is reset to 5/10/2021. Signed by Judge Aileen M. Cannon on 4/13/2021. *See attached document for full details.* (scn) (Entered: 04/13/2021) |
| 04/09/2021 | 68 | Unopposed MOTION for Extension of Time to file pretrial motions/motions in limine re 63 Order to Continue – Ends of Justice,, by Emilio Santiago. Responses due by 4/23/2021 (Attachments: # 1 Text of Proposed Order)(Swetz, James) (Entered: 04/09/2021) |
| 03/18/2021 | 65 | First RESPONSE to Standing Discovery Order by USA as to Emilio Santiago, Manuel Topete (Gyires, Marton) (Entered: 03/18/2021) |
| 03/15/2021 | 64 | NOTICE OF ATTORNEY APPEARANCE William T. Zloch appearing for USA. *related to Criminal Forfeiture*. Attorney William T. Zloch added to party USA(pty:pla). (Zloch, William) (Entered: 03/15/2021) |
| 03/11/2021 | | Reset Deadlines as to Alireza Hendijani, Tyler Roman, Emilio Santiago, Joshua Grauer, Manuel Topete: (Motions due by 4/9/2021) (scn) (Entered: 03/11/2021) |
| 03/11/2021 | 63 | ORDER SETTING TRIAL AND PRETRIAL INSTRUCTIONS, as to Alireza Hendijani, Tyler Roman, Emilio Santiago, Joshua Grauer, Manuel Topete. Time excluded from 3/11/2021 until 6/7/2021. Motions Deadline 4/9/2021. Dispositive Motions due by 4/9/2021. In Limine Motions due by 4/9/2021. Calendar Call set for 6/1/2021 01:45 PM in Fort Pierce Division before Judge Aileen M. Cannon. Jury Trial set for 6/7/2021 in Fort Pierce Division before Judge Aileen M. Cannon. Signed by Judge Aileen M. Cannon on 3/11/2021. *See attached document for full details.* (scn) Modified text on 4/22/2021 (mno). (Entered: 03/11/2021) |
| 03/05/2021 | 62 | PAPERLESS Minute Order for proceedings held before Magistrate Judge Dave Lee Brannon: **ARRAIGNMENT** as to Emilio Santiago (5) Count 1,3,5 held on 3/5/2021. Defendant present via Zoom with counsel. Defendant consented to proceed via videoconference. Defendant advised of charges. Defendant waived formal reading of the Indictment, entered a plea of not guilty, demanded a jury trial and requested the standing discovery order be issued. Defendant advised of Brady rights under the Due Process Protection Act. Total time in court: 6 minutes. Attorney Appearance(s) via Zoom: Marton Gyires (AUSA); James Alan Swetz (CJA). (Digital 10:59:20)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the obligation of the United States to produce all exculpatory and impeachment evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.<br><br>PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and |

| | | |
|---|---|---|
| | | spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Magistrate Judge Dave Lee Brannon on 3/5/2021. (spe) (Entered: 03/05/2021) |
| 03/03/2021 | 58 | PAPERLESS Minute Order for proceedings held before Magistrate Judge William Matthewman: The Hearing was held by Zoom video conference with all parties. The Defendant waived his physical appearance in the courtroom and appeared by video from the West Palm Beach U.S. Marshal's cell block. The Court found the hearing cannot be further delayed without serious harm to the interests of justice due to the Covid–19 pandemic, the Cares Act and Chief Judge Moore's Administrative Orders. The Court approved defendant's waiver of presence and found the Defendant's consent to appear by video knowing and voluntary. **Report Re Counsel and Attorney Appointment** Hearing as to Emilio Santiago held on 3/3/2021. The Court was informed that Scott Skier will not be filing a Notice of Permanent Appearance. The Court questioned the defendant, found defendant indigent and appointed James swetz as CJA counsel. (Arraignment reset for 3/5/2021 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate.). Total time in court: 8 minutes. Attorney Appearance(s): AUSA Marton Gyires, Sean Rosenberg for I. Scott Skier. Attorney added: James Alan Swetz for Emilio Santiago for Criminal CJA representation. Date attorney was appointed CJA: 3/3/2021. (Digital 10:28:00) Signed by Magistrate Judge William Matthewman on 3/3/2021. (kza) (Entered: 03/03/2021) |
| 02/26/2021 | 52 | PAPERLESS Minute Entry for proceedings held by Zoom video conference before Magistrate Judge Bruce E. Reinhart: **Report Re Counsel** Hearing as to Emilio Santiago held on 2/26/2021. Status Conference Re: Arraignment as to Emilio Santiago held on 2/26/2021. ( Arraignment reset for 3/3/2021 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. Report Re: Counsel Hearing set for 3/3/2021 10:00 AM in West Palm Beach Division before WPB Duty Magistrate.) Defendant present and consented to appear by video. Defendant advised the Court that he would need additional time to hire private counsel. Total time in court: 4 minutes. Attorney Appearance(s): Marton Gyires, I. Scott Skier, (Digital 11:24:47) (tmn) (Entered: 02/26/2021) |
| 02/18/2021 | [44](#) | INDICTMENT as to Alireza Hendijani (1) count(s) 1, 2, 4–5, Diego Navarro (2) count(s) 1, 3, Jose Esquer (3) count(s) 1, 3, Tyler Roman (4) count(s) 1, Emilio Santiago (5) count(s) 1, 3, 5, Joshua Grauer (6) count(s) 1, 2, Andrew Ruelas (7) count(s) 1, 3, Manuel Topete (8) count(s) 1, 3; FORFEITURE ALLEGATIONS. (tmn) (Additional attachment(s) added on 2/18/2021: # [1](#) Restricted Unredacted Indictment) (tmn). (Entered: 02/18/2021) |
| 02/17/2021 | 42 | PAPERLESS Minute Entry for proceedings held by Zoom video conference before Magistrate Judge Bruce E. Reinhart: **Report Re Counsel** Hearing as to Emilio Santiago held on 2/17/2021. ( Report Re: Counsel Hearing reset for 2/26/2021 10:00 AM in West Palm Beach Division before WPB Duty Magistrate.) Defendant consented to appear by video. Defense counsel advised the Court that he would need additional time to be retained as permanent counsel. Total time in court: 3 minutes. Attorney Appearance(s): Marton Gyires, I. Scott Skier (Digital 10:58:51) (tmn) [9:21–mj–08034–WM] (Entered: 02/18/2021) |
| 02/12/2021 | [36](#) | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: I. Scott Skier appearing for Emilio Santiago (Skier, I.) [9:21–mj–08034–WM] (Entered: 02/12/2021) |
| 02/12/2021 | [35](#) | PRETRIAL DETENTION ORDER as to Emilio Santiago. Signed by Magistrate Judge William Matthewman on 2/12/2021. *See attached document for full details.* (kza) [9:21–mj–08034–WM] (Entered: 02/12/2021) |
| 02/12/2021 | 34 | PAPERLESS Minute Order for proceedings held before Magistrate Judge William Matthewman: The Hearing was held by Zoom video conference with all parties. Initial Appearance as to Emilio Santiago held on 2/12/2021. The Court advised the defendant of the charges, possible maximum penalties and his rights. Scott Skier will file a Notice of Temporary Appearance. The Defendant waived his physical appearance in the courtroom and appeared by video from the West Palm Beach U.S. Marshal's cell block. The Court found the hearing cannot be further delayed without serious harm to the interests of justice due to the Covid–19 pandemic, the Cares Act and Chief Judge Moore's Administrative Orders. The Court approved defendant's waiver of presence and found the Defendant's consent to appear by video knowing and voluntary. Date of Location Custody |

| | | |
|---|---|---|
| | | (Arrest or Surrender): 2/12/2021. Status Conference Detention Hearing as to Emilio Santiago held on 2/12/2021. The Defendant stipulated to pretrial detention with the right to revisit at a later date. Written order to be issued. (Report Re: Counsel Hearing set for 2/17/2021 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate. Preliminary Examination/Arraignment set for 2/26/2021 10:00 AM in West Palm Beach Division before WPB Duty Magistrate.) Total time in court: 24 minutes. Attorney Appearance(s): AUSA Marton Gyires, Scott Skier (Temp.). (Digital 11:43:48) Signed by Magistrate Judge William Matthewman on 2/12/2021. (kza) [9:21–mj–08034–WM] (Entered: 02/12/2021) |
| 02/08/2021 | 17 | Writ of Habeas Corpus ad Prosequendum Issued as to Emilio Santiago. Motions Terminated: 12 MOTION for Writ of Habeas Corpus ad prosequendum filed by USA. Signed by Magistrate Judge William Matthewman on 2/8/2021. (Initial Appearance set for 2/12/2021 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate.) (kza) (Main Document 17 replaced on 2/8/2021) (kza). [9:21–mj–08034–WM] (Entered: 02/08/2021) |
| 02/08/2021 | 12 | MOTION for Writ of Habeas Corpus ad prosequendum *and proposed order* by USA as to Emilio Santiago. Responses due by 2/22/2021 (Gyires, Marton) [9:21–mj–08034–WM] (Entered: 02/08/2021) |
| 02/04/2021 | 7 | CLERK'S NOTICE of Compliance Unsealing the Case by Alireza Hendijani, Diego Navarro, Jose Esquer, Tyler Roman, Emilio Santiago, Joshua Grauer, Andrew Ruelas, Manuel Topete re 6 Order on Motion to Unseal Case. (kza) [9:21–mj–08034–WM] (Entered: 02/04/2021) |
| 02/04/2021 | 6 | ORDER granting 5 Motion to Unseal Case as to Alireza Hendijani (1), Diego Navarro (2), Jose Esquer (3), Tyler Roman (4), Emilio Santiago (5), Joshua Grauer (6), Andrew Ruelas (7), Manuel Topete (8). Signed by Magistrate Judge William Matthewman on 2/4/2021. *See attached document for full details.* (kza) [9:21–mj–08034–WM] (Entered: 02/04/2021) |
| 02/04/2021 | 5 | MOTION to Unseal Case by USA as to Alireza Hendijani, Diego Navarro, Jose Esquer, Tyler Roman, Emilio Santiago, Joshua Grauer, Andrew Ruelas, Manuel Topete. (kza) Modified on 2/4/2021 (kza). [9:21–mj–08034–WM] (Entered: 02/04/2021) |
| 02/02/2021 | 3 | CRIMINAL COMPLAINT as to Alireza Hendijani (1), Diego Navarro (2), Jose Esquer (3), Tyler Roman (4), Emilio Santiago (5), Joshua Grauer (6), Andrew Ruelas (7), Manuel Topete (8). (kza) Modified on 2/4/2021 (kza). [9:21–mj–08034–WM] (Entered: 02/02/2021) |
| 02/02/2021 | 2 | ORDER granting 1 Motion to Seal as to Alireza Hendijani (1), Diego Navarro (2), Jose Esquer (3), Tyler Roman (4), Emilio Santiago (5), Joshua Grauer (6), Andrew Ruelas (7), Manuel Topete (8). Signed by Magistrate Judge William Matthewman on 2/2/2021. *See attached document for full details.* (kza) Modified on 2/4/2021 (kza). [9:21–mj–08034–WM] (Entered: 02/02/2021) |
| 02/02/2021 | 1 | MOTION to Seal by USA as to Alireza Hendijani, Diego Navarro, Jose Esquer, Tyler Roman, Emilio Santiago, Joshua Grauer, Andrew Ruelas, Manuel Topete. (kza) Modified on 2/4/2021 (kza). [9:21–mj–08034–WM] (Entered: 02/02/2021) |