

EMILIO SANTIAGO
Reg No. 73790-009
FCI Edgefield
P.O. Box 725
Edgefield SC 29824

June 30, 2022

Clerk of Court
S.D. of Fla.

IN REF:
9:21-CR-80026-AMC

Dear Clerk,

I would like to request an up to date docket sheet and copy of the Judgement in the above referenced case to prepare my Section 2255 motion. Also if possible please provide me with a blank 2255 form.

Thank-you for time and help.

Best Regards,



EMILIO SANTIAGO # 73790-004
EdgeField Federal Correctional Institute
P.O. Box 725
Edgefield, SC 29824

Clerk of Court
400 North Miami Ave
Miami, Florida 33128-7716

33128&7716